ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Executive Counsel for Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

XIA LOR,

Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No. 1:26-CV-04474-JLT-GSA

STIPULATION AND ORDER FOR AN EXTENSION OF TIME (*Nunc Pro Tunc*)

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, *nunc pro tunc*, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment (ECF No. 13) be extended 30 days from October 19, 2026, up to and including November 19, 2026. The parties further stipulate that the Court's Scheduling Order (ECF No. 4) shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension *nunc pro tunc* due to an administrative calendaring error which the undersigned to believe the Defendant's deadline was November 2, 2026, rather than October 19, 2026. Defendant's counsel apologizes to Plaintiff and to this Court for the delay in filing. The

undersigned has contacted Plaintiff's counsel, and she has no objection to this extension request. Defendant's counsel has been diligent in her work, and in the last four weeks, has completed four responsive briefs and two settlement memoranda. In addition to this case, counsel has twelve upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: October 22, 2026 By: /s/ *Dolly M. Trompeter* *
(*as authorized via e-mail on October 22, 2026)
DOLLY M. TROMPETER
Attorney for Plaintiff

Dated: October 22, 2026
ERIC GRANT
United States Attorney
MATHEW W. PILE
Executive Counsel for Program Litigation 1
Social Security Administration | Law & Policy

By: /s/ *Lillian J. Lee*
LILLIAN J. LEE
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including November 19, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: **October 23, 2026** **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE